United States District Court
Southern District of Texas
FILED

AUG 0 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL B. BRINEGAR | § § § | |
| | § | CIVIL ACTION NO. B-02-153 |
| VS. | § | JURY DEMAND |
| | § | |
| CITY OF LOS FRESNOS | § | |

### PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, MICHAEL B. BRINEGAR hereinafter referred to by name or alternatively as plaintiff, and hereby complains of defendant, CITY OF LOS FRESNOS hereinafter referred to as defendant. In pursuit of his causes of action plaintiff respectfully shows unto the Court and jury the following:

### PARTIES

1. Plaintiff, MICHAEL B. BRINEGAR, resides at 111 East 6th Street, Los Fresnos, Cameron County, Texas 78566.

2. Defendant, CITY OF LOS FRESNOS, is a Texas municipality and may be served with process herein by serving its Interim City Administrator, Mr. Gavino Sotelo at 200 N. Brazil, Los Fresnos, Texas.

3. This is an action for damages to secure protections of and to redress deprivation of rights secured by Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000-3 et seq. (hereafter "Title VII"), providing for relief against discrimination in employment; and the Age Discrimination in Employment Act of 1967, as amended in 1978. 29 U.S.C.A. § 621, (hereafter ADEA).

## FACTUAL ALLEGATIONS

4. The injuries and damages suffered by plaintiff and made the basis of this action occurred in Cameron County, Texas.

5. The plaintiff is a 48 year old individual of Anglo descent. As such, he falls within a protected class under Title VII of the Civil Rights Act of 1964. As well as the Age Discrimination in Employment Act.

6. The defendant, City of Los Fresnos is an employer with more than 20 employees and thus subject to the provisions of Title VII and the ADEA.

7. The plaintiff is a career law enforcement officer with over 20 years of law enforcement and security experience. In September of 2000, plaintiff applied for a police officer position with defendant City of Los Fresnos. The application was given to the existing Chief of Police who assured him he was the best candidate.

8. Shortly after submitting his application, the Chief of Police was fired and replaced by an interim Chief who was aware of the application and assured plaintiff it would be given due consideration. Despite the assurances, the City hired 2 Hispanic officers who were younger and less qualified than plaintiff. When plaintiff contacted the acting chief for an explanation, he was told his application was not on file.

9. Shortly after this incident, the interim Chief was replaced by a permanent Chief of Police. The plaintiff met with the new Chief of Police who confirmed that plaintiff's application was not even considered for the police officer slots. He was told, however, his application would be considered for upcoming positions. Despite the assurances, plaintiff was again denied a position and in fact was not even given an interview to compete for the new positions. It is plaintiff's belief that he was denied

an employment opportunity on account of his National Origin (Anglo) and his age.

## ADMINISTRATIVE PROCEDURES

10. Within 180 days of the occurrence of the acts complained of, plaintiff filed his complaint with the Equal Employment Opportunity Commission alleging that the defendant had committed an unlawful employment practice against plaintiff. Plaintiff received from the Equal Employment Opportunity Commission a "Right to Sue" letter allowing him to file this lawsuit within 90 days of its receipt. (See Attachment "A"). All conditions precedent to the filing of this lawsuit as required by law have been performed or have occurred.

## CAUSE OF ACTION

11. Plaintiff sues defendant for discrimination under Title VII of the Civil Rights Act and the Age Discrimination in Employment Act. Further, plaintiff asserts that the acts of the defendant are of a repetitive nature, each act having a relationship to the other acts of discrimination. As such, defendant's actions amount to a continuing violation of the rights of the plaintiff protected under Title VII and the Age Discrimination in Employment Act.

## DAMAGES

12. As a result of the incidents described above, that is made the basis of this suit, plaintiff has suffered mental pain and anguish. In all reasonable probability, plaintiff will continue to suffer such mental pain and anguish for a long time into the future, if not for the balance of his natural life. Plaintiff has further been caused a loss of earnings and a loss of earning capacity and in all reasonable probability this incapacity and loss of earning will continue long into the future. In that defendant

acted with actual malice and malice, plaintiff further requests that exemplary damages be awarded against the defendant

13. This lawsuit involves an actual controversy within this Court's jurisdiction. Thus, the Court may declare the rights and other legal relations of the plaintiff and grant such other necessary and proper relief allowed by a declaratory judgment.

14. By reason of the allegations of this petition, plaintiff is entitled to recover attorney fees in a sum that is reasonable and necessary. As such, a reasonable attorneys fee is further requested for the work expended in the preparation and trial of this cause along with a reasonable fee for any and all appeals to other courts. If ultimately successful in the case, plaintiff fully expects that the defendant will appeal this case. Plaintiff seeks attorneys fees to compensate the plaintiff for the attorneys fees he has and will incur in the prosecution of this lawsuit, both at trial and on appeal. As permitted, plaintiff also seeks to recoup all litigation expenses expended in the prosecution of this lawsuit. Attorneys' fees are permitted by Title VII.

15. The plaintiff requests a jury trial.

16. WHEREFORE PREMISES CONSIDERED, plaintiff prays that this Honorable Court grant the following:

   a) Judgment against defendant, for the relief listed above and as otherwise permitted by law;

   b) Prejudgment interest as allowed by law;

   c) Attorney and litigation fees and expenses;

   d) For costs of suit herein;

   e) Such other relief as the Court deems proper.

Respectfully submitted,

By: _____
Michael B. Brinegar
Plaintiff Pro Se
111 E. 6th Street
Los Fresnos, Texas 78566
956/233-6756 Telephone