IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL B. BRINEGAR | § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-153 <br> JURY DEMAND |
| | § § § | |
| CITY OF LOS FRESNOS | § § | |

**DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendant THE CITY OF LOS FRESNOS and files this, its Original Answer to Plaintiff's Complaint and in support thereof would show as follows:

**I.**

**ORIGINAL ANSWER**

Defendant denies all of Plaintiff's allegations except to the extent expressly admitted herein.

1. Defendant is without sufficient information and knowledge to form a belief as to allegations set forth in paragraph 1 of Plaintiff's Complaint.

2. Defendant admits the factual allegations set forth in paragraph 2 of Plaintiff's Complaint.

3. Defendant is without sufficient information and knowledge to form a belief as to allegations set forth on paragraph 3 of Plaintiff's Complaint.

4. Defendant admits that any relevant employment actions, if there are any, by the police department occurred in Cameron County but denies all other allegations set forth in Paragraph 4 of Plaintiff's Complaint.

5. Defendant is without sufficient information and knowledge to form a belief as to allegations set forth in paragraph 5 of Plaintiff's Complaint.

6. Defendant admits the allegations set forth in paragraph 6 of Plaintiff's Complaint.

7. Defendant denies the allegations set forth in paragraph 7 of Plaintiff's Complaint.

8. Defendant denies the allegations set forth in paragraph 8 of Plaintiff's Complaint.

9. Defendant denies the allegations set forth in paragraph 9 of Plaintiff's Complaint.

10. Defendant denies the allegations set forth in paragraph 10 of Plaintiff's Complaint.

11. Defendant denies the allegations set forth in paragraph 11 of Plaintiff's Complaint.

12. Defendant denies the allegations set forth in paragraph 12 of Plaintiff's Complaint.

13. Defendant denies the allegations set forth in paragraph 13 of Plaintiff's Complaint.

14. Defendant denies the allegations set forth in paragraph 14 of Plaintiff's Complaint.

## II.
## AFFIRMATIVE DEFENSES

1. Defendant would show that Plaintiff's complaint is barred by the statute of limitations.

2. Defendant would specially invoke the limitations on damages set forth in 42 U.S.C. 1981a, including, but not limited to, the following:
   a. prohibition of punitive damages against this Defendant;
   b. exclusion from compensatory damages of back pay, interest on back pay or any relief authorized under 42 U.S.C. 2000e-5(g); and
   c. caps on compensatory damages.

3. Defendant would further show that the damages of which Plaintiff complains were caused by Plaintiff's own actions or failure to act.

4. In the alternative, without waiving the foregoing, Defendant would show that any loss or damages sustained by Plaintiff at the time and place on the occasion mentioned in Plaintiff's Original Petition was to some extent caused by Plaintiff's failure to use reasonable efforts to

mitigate his damages.

### III.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant City of Los Fresnos prays that upon final trial and hearing hereof Plaintiff take nothing by his suit, that Defendant recover all costs incurred herein and that the Defendant has such other and further relief, in law or in equity, to which it may show itself to be justly entitled.

Signed on the 20th day of August, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937

Attorney in Charge for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, has been sent to the following Via U.S. Certified Mail, return receipt requested, on the 20th day of August, 2002 to the pro se plaintiff as follows:

Michael B. Brinegar
111 E. 6th Street
Los Fresnos, Texas 78566

_____
Charles Willette, Jr.