4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL B. BRINEGAR | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-153 |
| vs. | § | JURY DEMAND |
| | § | |
| | § | |
| CITY OF LOS FRESNOS | § | |
| | § | |

## DEFENDANT'S DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties,

Defendant's counsel certifies that the only persons, associations, etc., that are known to this

Defendant to be financially interested in the outcome of this litigation are:

1.    Michael B. Brinegar

2.    City of Los Fresnos

3.    Texas Municipal League Intergovernmental Risk Management Pool

Signed on August 20, 2002.

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

By: _Charles Willette Jr._
Charles Willette Jr.
State Bar No. 21509700
USDC Adm. No. 1937

Attorneys in charge for Defendant
City of Los Fresnos

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of, **DEFENDANT'S DISCLOSURES OF INTERESTED PARTIES**, has on August 20, 2002  been served via certified mail, return receipt requested to the pro se plaintiff as follows:

Michael B. Brinegar
111 East 6th Street
Los Fresnos, Tx 78566


_____
Charles Willette Jr.