IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL B. BRINEGAR<br>Plaintiff | § § § | |
| vs. | § | CIVIL ACTION NO. B-02-153 |
| CITY OF LOS FRESNOS | § § | |

**PLAINTIFF'S NOTICE OF INTERESTED PARTIES**

Plaintiff, MICHAEL B. BRINEGAR, files this Notice of Interested Parties pursuant to the Court's Order for Conference:

a. Plaintiff, Michael B. Brinegar is a resident of Los Fresnos, Cameron County, Texas.

b. The City of Los Fresnos is a Texas municipality located in Cameron County, Texas

DATED this __30th__ day of August, 2002

Respectfully submitted

By: _____
Michael B. Brinegar
Plaintiff Pro Se
111 E. 6th Street
Los Fresnos, Texas 78566
956/233-6756 Telephone