IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 1 0 2002
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL B. BRINEGAR | § § § | |
| vs. | § § § § | CIVIL ACTION NO. B-02-153<br>JURY DEMAND |
| CITY OF LOS FRESNOS | § § | |

### DEFENDANT'S NOTICE TO THE COURT OF ITS FILING OF INITIAL DISCLOSURES TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant, City of Los Fresnos, and files this its Notice to the Court of its Filing of its Initial Disclosures to Plaintiff Under Federal Rule of Civil Procedure 26(a).

I.

Defendant hereby give notice to the Court of the filing of its Initial Disclosures under Federal Rule of Civil Procedure 26(a).

Signed on October 10, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette
State Bar No. 21509700
USDC Adm. No. 1937
Attorney in charge for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on October 10, 2002, on the pro se Plaintiff as follows:

Michael B. Brinegar
111 East 6th Street
Los Fresnos, Tx 78566

_Charles Willette Jr._
Charles Willette Jr.