United States District Court
Southern District of Texas
FILED

OCT 1 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL B. BRINEGAR | § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-153<br>JURY DEMAND |
| | § § | |
| CITY OF LOS FRESNOS | § § | |

**DEFENDANT'S INITIAL DISCLOSURES TO PLAINTIFF
UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

TO:   Michael B. Brinegar, pro se plaintiff:
      111 East 6th Street
      Los Fresnos, Tx 78566

NOW COMES Defendant, City of Los Fresnos, and under Federal Rule of Civil Procedure 26(a) makes its initial disclosures to Plaintiff:

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette
State Bar No. 21509700
USDC Adm. No. 1937

Attorney in charge for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on this the __10__ day of October, 2002, a true and correct copy of the above and foregoing instrument has been forwarded to the pro se plaintiff noted hereunder.

Michael B. Brinegar
111 East 6th Street
Los Fresnos, Tx 78566

                                                                                  _____
                                                                                     Charles Willette Jr.

## RULE 26(A) DISCLOSURES

(A)  Persons with Relevant Knowledge (subject to supplementation):

1. Michael B. Brinegar
   111 East 6th Street
   Los Fresnos, Tx 78566
   (956) 233-6756
   Plaintiff

2. Adrian Cabrera
   Point Isabel CISD Police Department
   Drawer AH
   Port Isabel, Texas 78578
   (956) 943-0046
   Former interim chief of police for the City of Los Fresnos.

3. Johnny Cavazos
   200 N Brazil
   Los Fresnos, Texas 78566
   (959) 233-4473
   Current chief of police for the City of Los Fresnos.

4. Hector Guevara
   200 N. Brazil
   Los Fresnos, Texas 78566
   (959) 233-4473
   Witness who spoke to Plaintiff concerning interviewing for police officer position.

The following individuals were hired by the Los Fresnos Police Department during the time frame in which the plaintiff alleges he was not considered for employment:

5. Rene Lara
   Will supplement.

6. Juan Rodriguez
   200 N. Brazil
   Los Fresnos, Texas 78566
   (959) 233-4473

7. David Johnson
   Will supplement.

8. Jesus Garcia, Jr.
   Rancho Viejo Police Department
   3461 Carmen
   Rancho, Viejo Texas 78575
   (956) 350-4155

  9. Lorena Bermudez
    200 N. Brazil
    Los Fresnos, Texas 78566
    (959) 233-4473

  10. Joel Menchaca
    Rancho Viejo Police Department
    3461 Carmen
    RanchoViejo, Texas 78575
    (956) 350-4155

  11. Isaac Villegas
    200 N. Brazil
    Los Fresnos, Texas 78566
    (959) 233-4473

  12. Tracy Larimore
    Will supplement.

(B) Documents (subject to supplementation):

Memorandum prepared by Sergeant Guevara concerning speaking with Plaintiff about interviewing for police officer position.
Plaintiff's application packet submitted to Defendant with cover letter.

(C) Computation of Damages.

  Not Applicable.

(D) Insurance Agreement.

  Not Applicable.