IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MICHAEL B. BRINEGAR § | |
| § | |
| § | CIVIL ACTION NO. B-02-153 |
| vs. § | JURY DEMAND |
| § | |
| § | |
| CITY OF LOS FRESNOS § | |
| § | |

**DEFENDANT CITY OF LOS FRESNOS' DESIGNATION OF LEAD COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CITY OF LOS FRESNOS, defendant in the above-styled and numbered cause, and hereby designates the following:

Amy L. Gonzales
State Bar No.: 20429579
Federal ID No.: 28489

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

as attorney-in-charge on defendant's behalf to have control and management of its cause and to receive all further communications from the Court and other counsel relating to this cause.

SIGNED on December 13, 2002.

1

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Amy L. Gonzales*
Amy L. Gonzales
State Bar No.: 20429579
Federal ID No.: 28489

Attorney for Defendant City of Los Fresnos

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing DESIGNATION OF LEAD COUNSEL, has on December 13, 2002, been served on all counsel of record:

**Via Certified Mail RRR: 7002-2030-0000-2743-8659**
Michael B. Brinegar
111 East 6th Street
Los Fresnos, TX 78566

*Amy L. Gonzales*
Amy L. Gonzales