B:02CV153

CAUSE NO. B-02153

| MICHAEL B. BRINEGAR | § | SOUTHERN FEDERAL DISTRICT |
| | § | |
| Plaintiff | § | |
| VS. | § | OF TEXAS |
| | § | |
| THE CITY OF LOS FRESNOS | § | |
| | § | |
| Defendant | § | |

United States District Court
Southern District of Texas
FILED

DEC 16 2002 @2:27p

Michael N. Milby, Clerk of Court

## MOTION FOR CONTINUANCE

Plaintiff Michael B. Brinegar asks the Court to continue this case for at least sixty days.

### A. Introduction

1. Michael B. Brinegar is Plaintiff. City of Los Fresnos is Defendant.

2. Plaintiff sued Defendant for discrimination.

3. This case is set for hearing on December 16, 2002.

4. Plaintiff, Michael B. Brinegar, requests this continuance because he now desires to be represented by an attorney.

### B. Argument

5. The power to grant or deny a continuance is a tool commited to the district court as part of its inherent power to control its own docket to ensure that cases proceed before it in a timely and orderly manner. *U.S. v. Waldman, 579 F.2d 649, 653 (1st Cir. 1978).*

6. Plaintiff needs at least sixty (60) days in which to seek an attorney to litigate this complex cause of action.

7. It would be in the best interest of justice that an attorney litigate the cause of action of Plaintiff.

8. The lack of an attorney was that Plaintiff had to file his proceeding before the Statute of Limitations expired.

9. This request for continuance is not for delay only, but that justice may be done.

### C. Prayer

Plaintiff prays that this case be continued for sixty (60) days.

Respectfully,

*[signature]*
Michael B. Brinegar
111 East 6th Street
Los Fresnos, Texas 78566

PRO-SE

### CERTIFICATE OF SERVICE

This is to certify that on December 16, 2002, a true and correct copy of the above and foregoing document was served on all parties of record.

*[signature]*
MICHAEL B. BRINAGER

## **VERIFICATION**

**STATE OF TEXAS** §
§
**COUNTY OF CAMERON** §

ON THIS DAY personally appeared Michael B. Brinegar, who, after being placed under oath, stated the following:

"My name is Michael B. Brinegar, and I am the Plaintiff in this case."

"I have read the Motion for Continuance and every statement is within my personal knowledge and is true and correct."

MICHAEL B. BRINEGAR

Sworn and subscribed before me on the December 16, 2002 by Mike B. Brineger.

Public Notary In and For
The State of Texas

My Commission Expires: 2-25-2006