*Civil Action No. B:02-153*

CAUSE NO. B-02153

| | | |
|---|---|---|
| MICHAEL B. BRINEGAR | § | SOUTHERN FEDERAL DISTRICT |
| | § | |
| Plaintiff | § | |
| VS. | § | OF TEXAS |
| | § | |
| THE CITY OF LOS FRESNOS | § | |
| | § | |
| Defendant | § | |

United States District Court
Southern District of Texas
ENTERED

DEC 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

On *December 16*, 2002, came on to be considered Plaintiff's Motion for Continuance, and said motion is hereby

**(Granted)**   ~~(Denied)~~

The initial pretrial conference is hereby reset for February 18, 2003 at 2:30 p.m.

_____
JUDGE PRESIDING