# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Levesque |
| DATE | 12 — 16 — 02 |
| TIME | a.m. — a.m.<br>2:40 p.m. — 2:50 p.m. |
| CIVIL ACTION | B — 02 — 153 |
| STYLE | MICHAEL B. BRINEGAR<br>*versus*<br>CITY OF LOS FRESNOS |

United States District Court
Southern District of Texas
FILED

DEC 1 6 2002

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ Initial Pre-Trial Conference;        (Court Reporter: Breck Record)

Attorney for Plaintiff:  Michael Brinegar (pro se)
Attorney(s) for Defendant(s): Amy Gonzales

**Comments**:

1. Plaintiff's motion for continuance [Dkt. No.10] was **GRANTED**.
2. The Initial Pretrial Conference is rescheduled for February 18, 2003, at 2:30 p.m.
3. The Court advised Plaintiff that the Court will not grant any future motion for continuance based on not having hired an attorney.