IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL B. BRINEGAR | § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-153 JURY DEMAND |
| | § § | |
| CITY OF LOS FRESNOS | § § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the City of Los Fresnos, Defendant and Michael Brinegar, Plaintiff, and file this their Notice of Settlement and in support thereof show:

### I.

The Plaintiff *pro se* and Defendant by and through its attorney of record, have informed the Court that this matter has been compromised and settled, as evidenced by the attached agreement between the parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Michael Brinegar and Defendant City of Los Fresnos hereby announce to this Honorable Court that all matters in controversy have been settled and compromised in full, with costs to be borne by the party incurring same.

Signed on this the 18th day of February, 2003.

Respectfully submitted,

By: /s/ Michael B. Brinegar
Michael B. Brinegar
111 E. 6th Street
Los Fresnos, Texas 78566
Telephone: (956) 245-6116

Plaintiff Pro Se

By: /s/ Amy Lawler Gonzales
Amy Lawler Gonzales
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

Attorney in Charge for Defendant

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R D. "BOBBY" GUERRA*
HUGH P. TOUCHY
ELLEN M. LEEDS

ELIZABETH SANDOVAL CANTU*
ROMAN "DINO" ESPARZA
EDUARDO G. GARZA
AMY LAWLER GONZALES
MELANIE A. MOORE
SETH MOORE
JACQUELINE R. SALINAS*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2200
FACSIMILE: (956) 686-5913

February 12, 2003

*Via Facsimile: 500-1956*
*CMRRR#: 7002-2030-0000-2743-9755*
Michael B. Brinegar
111 East 6th Street
Los Fresnos, TX 78566

        Re:   Claim No.  : 0200080230
                Insured    : City of Los Fresnos
                Claimant  : Michael Brinegar
                EEOC#     : 360A11376
                TCHR.#   : 360A11376
                **Our File**  : 02-106   CW/AG

Dear Mr. Brinegar:

    This is to confirm that you will accept $1,500.00 in full and final settlement of all claims against the City of Los Fresnos, its appointed and elected officials and employees. You further agree to execute all settlement documents in this matter including a Receipt and Release and Agreed Order of Dismissal, with costs to be borne by the party incurring same.

    Please confirm this agreement by signing below where indicated and returning this letter to my office by via fax.

Very Truly Yours,
WILLETTE & GUERRA, L.L.P.

By: _____
Amy L. Gonzales

AG/bg

AGREED TO:

_____
Michael Brinegar