*15*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL B. BRINEGAR | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-153 |
| vs. | § | JURY DEMAND |
| | § | |
| | § | |
| CITY OF LOS FRESNOS | § | |
| | § | |

---

## AGREED MOTION FOR DISMISSAL

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW  Plaintiff Michael Brinegar and Defendant City of Los Fresnos and file their

Agreed Motion for Dismissal and for cause would respectfully show unto the Court the following:

### I.

All claims advanced by Plaintiff against Defendant in the above-referenced case have been

compromised and settled.

### II.

In light of the above-referenced settlement, all parties to this matter move that this Court

dismiss with prejudice all claims filed in this suit, including, but not limited to, all claims under Title

VII, 42 U.S.C. §2000e, *et. seq.*, and the Age Discrimination in Employment Act, 29 U.S.C.A. §621

*et seq.*, including, but not limited to, all claims alleging discrimination against Plaintiff based on his

race and age, all claims for medical expenses, mental anguish, pain and suffering, decreased earning

capacity, and loss of wages and any and all demands, rights, and causes of action of whatsoever

nature, whether in, tort, or under the common law, or any statute, including, but not limited to

negligence, negligence per se, gross negligence, and for all lost past, present and future wages,

conscious pain and suffering, loss of society, nurture and guidance; loss of consortium; past, present and future lost earnings and any lost wage earning capacity, any and all past, present and future mental, emotional, pecuniary or social damages and punitive damages which may exist as a result of the present claimed damages, or which may hereafter arise, develop, or be discovered, although not now known.  All parties further move this court to enter an Order of Dismissal with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully pray that this Court grant their Agreed Motion for Dismissal and dismiss with prejudice all of the claims brought by Plaintiff against Defendant, with all court courts to be borne by the party incurring same, and for all other relief to which this Defendant may show itself to be justly entitled.

Signed on this 18th day of February, 2003.

Respectfully submitted,

By: _____
Michael B. Brinegar
111 E. 6th Street
Los Fresnos, Texas 78566
Telephone: (956)

Plaintiff Pro Se

By: _____
Amy Lawler Gonzales
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

Attorney in Charge for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on this 18th day of February, 2003, been forwarded via certified mail, return receipt requested to the pro se plaintiff as follows:

Michael B. Brinegar
111 E. 6th Street
Los Fresnos, Texas 78566


_____
Amy Lawler Gonzales


## CERTIFICATE OF CONFERENCE

The undersigned contacted the pro se Plaintiff; he is in agreement with the filing of this motion.

_____
Amy Lawler Gonzales

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MICHAEL B. BRINEGAR      §
              §
              §    CIVIL ACTION NO. B-02-153
vs.             §    JURY DEMAND
              §
              §
CITY OF LOS FRESNOS      §

---

### AGREED FINAL ORDER OF DISMISSAL

---

Be it remembered that on this day came on to be considered the above-entitled numbered matter wherein the City of Los Fresnos is Defendant and Michael Brinegar is Plaintiff. Upon consideration of the announcement of the parties informing the Court that this matter has been fully compromised and settled, the Court is of the opinion that a Dismissal is warranted and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims that have been asserted or could have been asserted in this lawsuit shall be and are hereby dismissed with prejudice as to Defendant.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that taxable costs of court incurred to date by Plaintiff and Defendant be paid by the party incurring same.

Signed on this 18th day of February, 2003.

_____
UNITED STATES DISTRICT JUDGE


APPROVED AND AGREED TO BY:

_____
Michael Brinegar, Pro Se Plaintiff


_____
Amy Lawler Gonzales, Attorney for Defendant


Amy L. Gonzales, Willette & Guerra, L.L.P; 3505 Boca Chica Blvd, Suite 460; Brownsville, Texas 78521
Michael B. Brinegar, 111 E. 6th Street, Los Fresnos, Texas 78566